UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DORREL BECKLES, EARL GEORGE

                    Plaintiffs,

      -against-

DAVID E. GEORGE and JULIA ELENA GEORGE,

                    Defendants.
-----------------------------------------------------------X

**ORDER**

07 CV 0584 (RJD)(LB)

DEARIE, Chief Judge.

      The above-captioned action was referred to Magistrate Judge Lois Bloom by this Court pursuant to 28 U.S.C. § 636(b). On March 3, 2008, Magistrate Judge Bloom issued a Report & Recommendation concluding that this Court should grant defendants' motion and dismiss the complaint. The Court has considered the Report and plaintiffs' objections hereto. The Court adopts the Report in its entirety. A brief Memorandum of Decision will issue.

      The Clerk of the Court is hereby directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
       March 31, 2008

                                            s/ Judge Raymond J. Dearie
                                            RAYMOND J. DEARIE
                                            United States District Judge